MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROGER DINH (NYBN 4979274)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    FAX: (510) 637-3724
    Roger.Dinh@usdoj.gov

Attorneys for United States of America

FILED

MAR 1 7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 14-CR-00095 JST |
| Plaintiff, | **STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| SHAMEKA LATREASE ANDERSON,<br>  a/k/a Briena Latrease Addison,<br>  a/k/a Shameka Latrese Anderson, | |
| Defendant. | |

On March 14, 2014, the parties appeared before this Court for a status conference. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv) from March 14, 2014 to April 11, 2014.

The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of counsel, to research and continue its investigation. For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and (h)(7)(B)(iv).

Given these circumstances, the Court found that the ends of justice served by excluding the period from March 14, 2014 to April 11, 2014 from Speedy Trial Act calculations outweighs the

STIP. REQ. TO TO EXCLUDE TIME
NO. CR-14-00095 JST

1  interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A),
2  and (h)(7)(B)(iv).

3

4  DATED: March 14, 2014                               Respectfully submitted,

5

6                                                      MELINDA HAAG
                                                       United States Attorney
7

8  /s/ Joyce Leavitt                                   /s/ Roger Dinh
   JOYCE LEAVITT                                       ROGER DINH
9  Attorney for Defendant                              Special Assistant United States Attorney

10

11

12                                              **ORDER**

13      Based on the reasons provided in the stipulation of the parties above, with the consent of both

14  parties, the Court orders that the period from March 14, 2014 to April 11, 2014 be excluded from

15  Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

16

17      IT IS SO ORDERED.

18
19  DATED: 3/17/14
                                                       _____
20                                                     JON S. TIGAR
                                                       United States District Judge
21

STIP. REQ. TO TO EXCLUDE TIME
NO. CR-14-00095 JST