1  STEVEN KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant SHAMEKA ANDERSON

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,                    )
                                                )   No. CR 14-00095 JST
11                      Plaintiff,              )
                                                )   STIPULATION AND [PROPOSED]
12      v.                                      )   ORDER CONTINUING SENTENCING
                                                )   DATE
13                                              )
                                                )
14 SHAMEKA ANDERSON,                            )
                                                )
15                      Defendant.              )

16

17
                            **STIPULATION**
18

19      IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing

20 date for Shameka Anderson, currently scheduled for Friday, June 27, 2014 at 9:30 a.m., may be

21 continued to Friday July 11, 2014, at 1:30 p.m. for sentencing.  The reason for the request is that

22 defense counsel is now unavailable on Friday, June 27, 2014, due to a scheduling conflict with an

23 ongoing evidentiary hearing in a different case before a different court which is now also set for

24 Friday, June 27, 2014, at 9:30 a.m.

25

26      Defense counsel has discussed the proposed continuance with United States Probation Officer

*U S v. Shameka Anderson* CR 14-0095 JST
Stip re Sentencing Date                          - 1 -

1  Mark Unalp who has no objection to the continuance.  USPO Unalp is available on July 11, 2014, at

2  1:30 p.m., should the Court continue sentencing to that date.

3

4

5  DATED: 6/25/14                                    _____/s/_____
                                                     JOYCE LEAVITT
6                                                    Assistant Federal Public Defender

7

8  DATED: 6/26/14                                    _____/s/_____
                                                     ROGER DINH
9                                                    Special Assistant United States Attorney

10

11

12      I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all
    signatures within this e-filed document.

13

14                                    **ORDER**

15

16      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date for

17  Shameka Anderson, currently scheduled for Friday, June 27, 2014, at 9:30 a.m., is hereby continued

18  to Friday, July 11, 2014, at 1:30 p.m. for sentencing.

19      SO ORDERED.

20

21

22  DATED: June 25, 2014

23

24

25

26

IT IS SO ORDERED

Judge Jon S. Tigar

*U S v. Shameka Anderson* CR 14-0095 JST
Stip re Sentencing Date                          - 2 -